■ SHERWOOD SLOAN, Respondent, v JULES ROSEN et al., Appellants. — Amended order, Supreme Court, New York County (Pecora, J.), entered on February 6, 1981, unanimously affirmed. Respondent shall recover of appel-

lants $75 costs and disbursements of this appeal. No opinion. Concur — Carro, J. P., Lupiano, Silverman, Bloom and Asch, JJ.